IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>McCREE EXCAVATING & CLEARING, INC.,  )<br>)<br>)<br>Defendant.  ) | CIVIL NO. 05-4137-JLF |

### DEFAULT JUDGMENT

**FOREMAN, District Judge:**

Before the Court is plaintiffs' motion for default judgment (Doc. 5). The Court, having reviewed the motion and accompanying affidavits, (Doc. 5, Exhs. A & B), finds that the motion should be granted.

Default was entered against defendant on October 14, 2005, (Doc. 4) for failure to plead or otherwise defend the action. Plaintiffs have now filed for entry of a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Based upon affidavits submitted by plaintiffs, the Court finds that defendant is indebted to plaintiffs in the amount of $47,405.88. Therefore,

**IT IS HEREBY ORDERED** that Judgment is entered in favor of plaintiffs, TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, and against defendant, MCCREE EXCAVATING & CLEARING, INC., in the sum of Forty Seven Thousand Four Hundred Five Dollars and Eighty-Eight Cents ($47,405.88).

IT IS SO ORDERED.
DATED:  October 31, 2005.



　　　　　　　　　　　　　　　　　　s/ James L. Foreman
　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**